AUGUST 25, 1988

No. D–677. IN RE DISBARMENT OF BELMONT. Disbarment entered. [For earlier order herein, see 485 U. S. 952.]

No. D–701. IN RE DISBARMENT OF MEROS. Disbarment entered. [For earlier order herein, see 485 U. S. 1002.]

No. D–703. IN RE DISBARMENT OF GUSSOW. Disbarment entered. [For earlier order herein, see 485 U. S. 1019.]

No. D–707. IN RE DISBARMENT OF BLECHER. Disbarment entered. [For earlier order herein, see 486 U. S. 1003.]

No. D–708. IN RE DISBARMENT OF LEWIS. Disbarment entered. [For earlier order herein, see 486 U. S. 1003.]

No. D–709. IN RE DISBARMENT OF KANTOR. Disbarment entered. [For earlier order herein, see 486 U. S. 1030.]

No. D–713. IN RE DISBARMENT OF FOOTE. Disbarment entered. [For earlier order herein, see 486 U. S. 1041.]

No. D–716. IN RE DISBARMENT OF TIRELLI. Disbarment entered. [For earlier order herein, see *ante,* p. 1202.]

No. D–722. IN RE DISBARMENT OF DOHERTY. It is ordered that Jerome J. Doherty, of Seattle, Wash., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–723. IN RE DISBARMENT OF STARK. It is ordered that William C. Stark, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.